| | |
|---|---|
| 1 | CHARLES J. STEVENS<br>United States Attorney |
| 2 | MARK L. KROTOSKI<br>Assistant U.S. Attorney |
| 3 | 650 Capitol Mall<br>Sacramento, California  95814 |
| 4 | Telephone: (916) 554-2700 |



FILED
DEC 13 1996
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   CR-S- 96 554 WBS
                                     )
           Plaintiff,                )
                                     )   VIOLATION:  18 U.S.C. § 2113(a) -
     v.                              )   Bank Robbery
                                     )
RICKY LEO DAVIS,                     )
                                     )
           Defendant.                )
_____)

I N D I C T M E N T

COUNT ONE:     [18 U.S.C. § 2113 (a) - Bank Robbery]

The Grand Jury charges:   T H A T

RICKY LEO DAVIS,

defendant herein, on or about August 13, 1996, in the County of Sacramento, State and Eastern District of California, did willfully and by force, violence and intimidation take from the person and presence of an employee of the Bank of the West, 7381 Greenback Lane, Citrus Heights, California, approximately $2,966, belonging to and in the care, custody, control, management, and possession of said bank, the accounts of which were then and there insured by the

// // //

// // //

1

Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL.

/s/

FOREPERSON

CHARLES J. STEVENS
United States Attorney