UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 29, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICKY LEO DAVIS,

    Defendant.

Case No. 2:96-cr-00554-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release RICKY LEO DAVIS, Case No. 2:96-cr-00554-WBS, Charge 18 U.S.C. 3606, from custody for the following reasons:

| | |
|---|---|
| **X** | Release on previously imposed supervised release conditions as stated on the record, to include location monitoring. |
| | Bail Posted in the Sum of $ |
| | Unsecured Appearance Bond $ |
| | Appearance Bond with 10% Deposit |
| | Appearance Bond with Surety |
| | Corporate Surety Bail Bond |
| **X** | (Other): The defendant shall report to the Probation Office on December 30, 2022 at 11:00 a.m. |

| | |
|---|---|
| **X** | Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail. |

Issued at Sacramento, California on December 29, 2022 at 3:00 p.m.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE